# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 20, 2025

## NO. 03-22-00684-CR

**Roman Turullos-Gonzalez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY, AND ELLIS
DISMISSED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that Appellant does not wish to pursue this appeal. Therefore, we dismiss this appeal in accordance with Appellant's preference not to prosecute this appeal expressed in open court as found by the trial court. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.